**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              NO. 4:07CR00282 JLH

CHRISTIAN JONELEIT                                                                         DEFENDANT

**ORDER**

Christian Joneleit has filed a second motion to release his passport, and the Court has been informed by the government that it does not object. Therefore, without objection, the Court authorizes the United States Probation Office for the Southern District of Florida to release the passport to Christian Joneleit upon satisfaction of the following conditions:

(a) Defendant has been ordered to pay all restitution in the amount of Forty-Eight Thousand Seven Hundred Sixteen Dollars and Thirty-Two Cents ($48,716.32). The United States District Court in the Southern District of Florida has forwarded a check, in the amount of Two Thousand Dollars ($2,000.00) from a bond posted by the defendant in their court, to the Clerk of the United States District Court in this Eastern District of Arkansas. Upon receipt of same, the Clerk of the United States District Court in the Eastern District of Arkansas shall apply the Two Thousand Dollars ($2,000.00) toward the defendant's restitution. Accordingly, the defendant shall remit the remaining Forty-Six Thousand Seven Hundred Sixteen Dollars and Thirty-Two Cents ($46,716.32) for payment to the Clerk of the Court.

(b) Defendant will pay the Special Assessment of One Hundred Dollars ($100.00) to the Clerk of the Court.

   (c) Defendant shall meet with an investigative analyst for the Cyber Behavioral Analysis Program of the Federal Bureau of Investigation on July 30, 2009, or at a mutually agreeable time thereafter, for purposes of assisting the government with computer profiling.

   (d) Defendant shall submit a facsimile copy of his travel itinerary to the U.S. Immigration and Customs Enforcement.

  Upon exiting the United States, the remainder of the defendant's supervise release will be non-reporting. Should the defendant re-enter the United States, he must report to a United States Probation Office within twenty-four hours to resume supervision.

  IT IS SO ORDERED this 28th day of July, 2009.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE